**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $0.83 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.88 |

Sent To  USCIS
Street, Apt. No.; ATLANTA DISTRICT OFFICE
or PO Box No.  77 FORSYTH ST SW
City, State, ZIP+4  ATLANTA, GA 30303

7004 1160 0001 4230 3253

PS Form 3800, June 2002          See Reverse for Instructions

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USCIS
ATLANTA DISTRICT OFFICE
ATTN: ROSEMARY MELVILLE
77 FORSYTH ST SW
ATLANTA, GA 30303

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Robins          ☐ Agent   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 1160 0001 4230 3253

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $1.06 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $3.50 |
| Total Postage & Fees | $8.61 |

Sent To  ROSEMARY MELVILLE DD
Street, Apt. No.;  77 FORSYTH ST. SW
or PO Box No.  ATLANTA, GA 30303
City, State, ZIP+4

7003 1010 0001 4133 9779

PS Form 3800, June 2002          See Reverse for Instructions

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USCIS Atlanta Dist Office
Attn: Rosemary Melville, D.D.
77 Forsyth Street SW
Atlanta, GA 30303

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Robins          ☐ Agent   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
(Transfer from service label)
7003 1010 0001 4133 9779

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

# AFFIDAVIT

COMES NOW Gilberto Sanchez, M.D., who deposes, and swears or affirms under penalty of perjury, and states as follows:

"My name is Gilberto Sanchez. I am 43 years old and am a resident of Montgomery, Alabama. I performed my residency in internal medicine at the University of Alabama at Birmingham program in Montgomery, Alabama, from 1994-1995. Although I was born in Colombia, I have been a citizen of the United States since 1995.

"In order to be permitted to provide medical examinations to foreign nationals seeking to immigrate to the United States and fulfill requirements of Citizenship and Immigration Services (CIS) of the U.S. Department of Homeland Security, one must first be appointed an 'approved civil surgeon' by the CIS district director having jurisdiction over the physician's practice location. For a number of years Dr. Thomas Newton Nickles II fulfilled this responsibility in Montgomery, Alabama, until his death on October 11, 2002. Montgomery has been without an approved civil surgeon since that date. Foreign nationals wishing to obtain medical examinations to fulfill CIS immigration requirements must drive to Birmingham, Alabama, or Columbus, Georgia, to appear for an examination before the nearest approved civil surgeon.

"In August, 2002, my office manager, Tracy Penn, mailed a letter to the former CIS (then known as the Immigration and Naturalization Service), inquiring about the procedure for me to apply to become an approved civil surgeon. I had taken over the late Dr. Nickles's family practice. Ms. Penn did not receive a response from CIS. She mailed another letter to CIS on May 30, 2003, requesting the same information. She received no response to her second letter.

"In November, 2004, Ms. Penn contacted Boyd F. Campbell, who is well-known in this area as a practitioner of immigration and nationality law. Mr. Campbell instructed Ms. Penn on how to assemble a properly documented application to file with the CIS district director in order that I might be appointed. This time Ms. Penn mailed the required documents directly to Rosemary Melville, the CIS district director in Atlanta, Georgia, via certified mail, return receipt requested. My application was received in the CIS Atlanta district office on January 4, 2005. I received no response.

"On June 3, 2005, I assembled all of the necessary documents again and mailed them, along with my request to be appointed an approved civil surgeon to the attention of Rosemary Melville, CIS district director in Atlanta, Georgia, via certified mail, return receipt requested. My second application was received in the CIS Atlanta district office on June 6, 2005. I received no response."

FURTHER DEPONENT SAITH NOT.

GILBERTO SANCHEZ, M.D.

AFFIANT'S ADDRESS:
4143 Atlanta Highway
Montgomery, Alabama  36109
Telephone: (334) 271-4503


SWORN TO AND SUBSCRIBED before me this ___4th___ day of _Cctober_____, 2005.


( SEAL )

_____
NOTARY PUBLIC OR OFFICIAL
My commission expires:__2/06_____


NOTARY OR PUBLIC OFFICIAL'S ADDRESS:
_4143 Atlanta Helgway_
_Mutgpney, al 36109_
Telephone: ( 334) 271 4503