AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Gilberto Sanchez, M.D.

V.

Rosemary L. Melville, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv986

TO: (Name and address of Defendant)

Rosemary L. Melville, District Director
Citizenship and Immigration Services
77 Forsyth St., S.W.
Atlanta, GA 30303

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Boyd F. Campbell
Boyd F. Campbell, LLC
441 Martha St.
P.O. Box 11032
Montgomery, AL 36111-0032

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_    10/18/05

CLERK    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Middle___ District of ___Alabama___

Giberto Sanchez, M.D.

v.

Rosemary L. Melville, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv986

TO: (Name and address of Defendant)

Robert Divine, Acting Commissioner
Citizenship + Immigration Services
20 Massachusetts Ave., NW
Washington DC 20529

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Boyd F. Campbell
Boyd F. Campbell, LLC
441 Martha St.
P.O. Box 11032
Montgomery, AL 36111-0032

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  10/18/05

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Gilberto Sanchez, M.D.

V.

Rosemary L. Melville, et. al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:05cv986

TO: (Name and address of Defendant)

U.S. Attorney
c/o Civil Process Clerk
One Court Square
Montgomery AL 36104

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Boyd F. Campbell
Boyd F. Campbell, LLC
441 Martha St
P.O. Box 11032
Montgomery AL 36111-0032

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                _10/18/05_
CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Gilberto Sanchez, M.D.

V.

Rosemary L. Melville, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv986

TO: (Name and address of Defendant)

U.S. Attorney General, Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    10/18/05
CLERK                                               DATE

(By) DEPUTY CLERK