| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Nancy Yarn_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Nancy Yarn    C. Date of Delivery: 10/19/05 |
| 1. Article Addressed to:<br><br>U.S. Attorney<br>c/o Civil Process Clerk<br>One Court Square<br>Montgomery AL 36104<br><br>S&C 05-986 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label)  7005 0390 0006 2659 5021 | SANCHEZ |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |