| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Robinson  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>Rosemary L. Melville<br>District Director<br>Citizenship + Immigration Services<br>77 Forsyth St., S.W.<br>Atlanta, GA 30303<br>S+C 05-986 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☒ Yes |
| 2. Article Number (Transfer from se    7005 0390 0006 2659 5342 | SANCHEZ |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

Case 2:05-cv-00986-ID-CSC    Document 4    Filed 10/26/2005    Page 1 of 1