| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery  *Oc 24-06* |
| 1. Article Addressed to:<br>Robert Divine<br>Acting Commissioner<br>Citizenship + Immigration Services<br>20 Massachusetts Ave., N.W.<br>Washington, DC 20529<br>SKC 05-986 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | SANCHEZ |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540