RECEIVED
2005 DEC -5 A

BRA P. HACI
U.S. DISTRICT
MIDDLE DIST

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GILBERTO SANCHEZ, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2: 05 cv 986-D |
| ) | |
| ROSEMARY L. MELVILLE, District ) | |
| Director, Atlanta District, Citizenship ) | |
| and Immigration Services, in her official ) | |
| capacity; and ROBERT DIVINE, Acting ) | |
| Commissioner, Citizenship and Immigration ) | |
| Services, in his official capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

The plaintiff, Gilberto Sanchez, M.D., by and through his counsel of record, hereby files his notice of dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted on this 1st day of December, 2005.

_____
BOYD F. CAMPBELL        ASB-8517-688B
Attorney for Plaintiffs

COUNSEL'S ADDRESS:
BOYD F. CAMPBELL, L.L.C.
441 Martha Street
P.O. Box 11032
Montgomery, Alabama 36111-0032
Tel (334) 832-9090
Fax (334) 832-9090

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record for the defendants by first class mail, facsimile, or electronic transmission on this 1st day of December, 2005.

United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

_____
BOYD F. CAMPBELL