**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 6, 2005

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Gilberto Sanchez vs. Rosemary Melville
      Civil Action No.   2:05cv986

Pursuant to the Notice of Dismissal filed by the plaintiff on 12/5/05, this case has been closed and removed from this court.